In the Matter of the Probate of the Last Will and Testament of GEORGE W. TOWER, Deceased.— Decree affirmed, with costs to the respondent against the appellant. All concur; Edgcomb, J., not sitting. [147 Misc. 773.]

JAMES GOSLIN, Respondent, v. GRACE GOSLIN, Appellant.— Interlocutory judgment affirmed, without costs of this appeal to either party. All concur; Edgcomb, J., not sitting.

In the Matter of LEWIS HARVEY VAN VALKENBURGH, an Infant under Sixteen Years of Age.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of JACOB A. GANGNAGEL for a Certiorari Order against CHARLES BUTLER and Others.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

BERTHA S. BABCOCK, Respondent, v. MILLARD C. BABCOCK and Others, as Executors, etc., of WILLIAM W. BABCOCK, Deceased, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Inasmuch as the respondent in his brief did not lay any stress upon the absence of exceptions, we now allow exceptions to be filed nunc pro tunc provided they are filed in the clerk's office within ten days.

LINUS R. WEIS, Plaintiff, v. J. GILBERT GODDARD, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

OSCAR ECKLER and Another, as Administrators, etc., of INA M. ECKLER, Deceased, Respondents, v. ROCHESTER PACKING COMPANY, Appellant, GEORGE FULLEM, Defendant, and the VILLAGE OF ILION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Judicial Settlement of the Account of MUSETTE B. FANCHER and THOMAS R. MILLS, as Executors, etc., of ALBERT P. FANCHER, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

PHARMA-CHEMICAL CORPORATION, Respondent, v. J. P. DEVINE COMPANY and Another, Appellants.— Motion for resettlement of order of reversal entered June 29, 1933, denied.

In the Matter of the Application of ALFRED E. PARKS for the Removal of COURTNEY B. NORTON from the Office of Justice of the Peace of the Town of Great Valley, Cattaraugus County.— Proceeding dismissed.

In the Matter of WILLIAM A. FOX, an Attorney and Counselor-at-Law.— Order of disbarment entered on default.